**George Patrick ARNOLD, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Rehearing Denied June 28, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed W. Hancock, Atty. Gen., Miles H. Franklin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**Ernest Owen SUMMITT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Rehearing Denied June 28, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**BANKS MINING CO., INC., Appellant,**

v.

**Ralph Booten BATES and John Sexton, Appellees.**

Court of Appeals of Kentucky.

April 19, 1974.

Rehearing Denied June 21, 1974.

D. G. Boleyn, Hazard, for appellant.

F. Byrd Hogg, Hogg & Cornett, Whitesburg, Clark Pratt, Hindman, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.